IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number _____, Case Name National Association of Immigration Judges v. James R. McHenry III
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Ramya Krishnan
Bar Identification Number 5621842 State NY
Firm Name Knight First Amendment Institute at Columbia University
Firm Phone # 646-745-8500 Direct Dial # 646-745-8506 FAX # 646-661-3361
E-Mail Address ramya.krishnan@knightcolumbia.org
Office Mailing Address 475 Riverside Drive, Suite 302, New York, NY 10115

Name(s) of federal court(s) in which I have been admitted Please see the attached list

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am \_\_\_\_ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Victor M. Glasberg
(Typed or Printed Name)
(Date) 7/1/20
16184
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid \_\_\_\_ or Exemption Granted \_\_\_\_

The motion for admission is GRANTED \_\_\_\_ or DENIED \_\_\_\_

_____   _____
(Judge's Signature)                (Date)

New York State Bar (admitted in 2018)

District Court for the Southern District of New York (admitted in 2018)

Fourth Circuit Court of Appeals (admitted in 2020)

Fifth Circuit Court of Appeals (admitted in 2019)

Ninth Circuit Court of Appeals (admitted in 2019)