UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES R. MCHENRY III, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>        Defendant. | Civil Action No. 20-cv-731 |

**NOTICE OF INTENT TO SET HEARING DATE ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Through undersigned counsel, Plaintiff National Association of Immigration Judges has filed a motion for a preliminary injunction and seeks to present argument on that motion. Plaintiff's understanding is that during the COVID-19 pandemic, judges in the Alexandria Division of the Eastern District of Virginia are hearing motions on different days. After a judge has been assigned in this case, Plaintiff will submit a notice of hearing in accordance with Local Rule 7(E).

July 1, 2020

Respectfully submitted,

/s/ *Victor M. Glasberg*
Victor M. Glasberg (VA 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
T: (703) 684-1100
F: (703) 684-1104
VMG@robinhoodesq.com

/s/ *Ramya Krishnan*
Ramya Krishnan*
Stephanie Krent*
Alex Abdo*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*pro hac vice* application forthcoming

*Counsel for the Plaintiff*