UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES R. MCHENRY III, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>        Defendant. | Civil Action No. 20-cv-731 |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's motion for a preliminary injunction, the Court finds that Plaintiff is likely to succeed on the merits of its claims, Plaintiff's members are likely to suffer irreparable harm without the preliminary injunction, the balance of equities tips in Plaintiff's favor, and the injunction is in the public interest. Accordingly, the Court GRANTS the motion and ENJOINS the Defendant and his officers and agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order from enforcing the policy of the Executive Office for Immigration Review ("EOIR") dated January 2020 and titled "Submission and Processing of Request for Speaking Engagements"— and, to the extent it remains operative, the EOIR policy dated September 2017 and titled "Speaking Engagement Policy for EOIR Employees."

Entered this _____ day of _____, 2020.

 

                                                              _____
                                                              United States District Judge