**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES R. MCHENRY III, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>　　　　　Defendant. | Civil Action No. 20-cv-731 |

**NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

　　Through undersigned counsel, Plaintiff National Association of Immigration Judges has filed a motion for a preliminary injunction and seeks to present argument on the motion on Friday, July 31, 2020, at 10:00 A.M. or such other time as the Court may direct.

July 1, 2020

　/s/ *Victor M. Glasberg*
Victor M. Glasberg (VA 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
T: (703) 684-1100
F: (703) 684-1104
VMG@robinhoodesq.com

\**pro hac vice* application forthcoming

Respectfully submitted,

　/s/ *Ramya Krishnan*
Ramya Krishnan\*
Stephanie Krent\*
Alex Abdo\*
Knight First Amendment Institute
　at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*Counsel for the Plaintiff*

1