# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, AFFILIATED WITH THE INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **JAMES R. MCHENRY, III.** | | Case No. 1:20CV731 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:02 a.m. |
| Proceeding Held: July 31, 2020 | Hearing Ended: | 10:59 a.m. |

**Appearances:**

| **Plaintiff(s):** | Victor Glasberg, Ramya Krishnan |
|---|---|
| | |
| **Defendant(s):** | Catherine Yang, Kevin Hancock |

[9] Plaintiff's Motion for Preliminary Injunction

- Ms. Krishnan presents argument.
- Mr. Hancock responds and presents argument.
- Ms. Krishnan replies.
- Court takes matter under advisement.