# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES R. MCHENRY III, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>*Defendant*. | Civil Action No. 20 Civ. 731 (LO) (JFA) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff the National Association of Immigration Judges hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's memorandum opinion and order, entered on August 6, 2020, denying Plaintiff's motion for a preliminary injunction. *See* ECF No. 31.

August 7, 2020

/s/ *Victor Glasberg*

Victor M. Glasberg (VA 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
T: (703) 684-1100
F: (703) 684-1104
vmg@robinhoodesq.com

Respectfully submitted,

/s/ *Ramya Krishnan*

Ramya Krishnan*
Stephanie Krent*
Alex Abdo*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*Pro hac vice* application pending

*Counsel for the Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2020, I electronically filed the foregoing

Plaintiff's Notice of Appeal with the clerk of the Court by using the CM/ECF system, which will

send a notice of electronic filing.

/s/ *Victor Glasberg*

Victor M. Glasberg (VA 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
T: (703) 684-1100
F: (703) 684-1104
vmg@robinhoodesq.com