UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

NATIONAL ASSOCIATION OF
IMMIGRATION JUDGES, affiliated with the
International Federation of Professional and
Technical Engineers,

    Plaintiff,

v.

JAMES R. MCHENRY III, in his official
capacity as Director of the Executive Office
for Immigration Review,

    Defendant.

Civil Action No. 20-cv-731

## ORDER GRANTING
## PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING APPEAL

Upon consideration of Plaintiff's Consent Motion To Stay Proceedings Pending Appeal, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED;

It is further ORDERED that all proceedings in this Court are hereby STAYED pending the issuance of a mandate from the U.S. Court of Appeals for the Fourth Circuit in Plaintiff's appeal from this Court's Order of August 6, 2020; and

It is further ORDERED that the parties shall file a joint status report within fourteen days of the issuance of a mandate from the U.S. Court of Appeals for the Fourth Circuit.

Entered this 14 day of August, 2020.

_____
LIAM O'GRADY
United States District Judge