FILED: April 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1868
(1:20-cv-00731-LO-JFA)
_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

  Plaintiff - Appellant

v.

JAMES R. MCHENRY, III, in his official capacity as Director of the Executive Office for Immigration Review

  Defendant - Appellee

------------------------------

NATIONAL TREASURY EMPLOYEES UNION; LABOR LAW SCHOLARS AND EXPERTS

  Amici Supporting Appellant

_____

O R D E R
_____

  This case was previously scheduled for oral argument. Upon consideration of appellee's consent motion to stay appeal, the court grants the motion, removes the

case from the argument calendar and places this case in abeyance to allow the new Executive Office for Immigration Review and Department of Justice leadership officials sufficient time to become familiar with the issues on appeal and determine how they wish to proceed.

The parties are directed to file a status report 60 days from the date of this order.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk