FILED: June 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1868
(1:20-cv-00731-LO-JFA)
_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

      Plaintiff - Appellant

v.

DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review

      Defendant - Appellee

-------------------------------

NATIONAL TREASURY EMPLOYEES UNION; LABOR LAW SCHOLARS AND EXPERTS

      Amici Supporting Appellant

_____

O R D E R
_____

In light of the Revocation of Certification issued on April 15, 2022, by the Regional Director of the Federal Labor Relations Authority, we grant the motion for

rehearing, vacate the district court's order of August 6, 2020, and remand for further proceedings as appropriate. The clerk shall forward a copy of this order, accompanied by a copy of the motion to vacate, to the district court.

  Entered at the direction of the panel: Judge Wilkinson, Judge Niemeyer, and Judge Heytens.

              For the Court

              /s/ Patricia S. Connor, Clerk