UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISON

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>    Defendant. | Civil Action No. 20-cv-731 |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE**

Upon consideration of the parties' joint motion for entry of a proposed briefing schedule and for good cause, it is hereby

ORDERED that the joint motion is hereby GRANTED; and

IT IS FURTHER ORDERED that the parties shall adhere to the following schedule:

a. NAIJ shall file its amended complaint on or before August 19, 2022.

b. The government shall file its motion to dismiss or otherwise respond to the amended complaint on or before October 7, 2022.

c. NAIJ shall file its response to the government's motion to dismiss on or before October 31, 2022.

d. The government shall file its reply on or before November 14, 2022.

Entered this 18th day of August, 2022.

/s/ _____
Leonie M. Brinkema
United States District Judge