# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review, )<br><br>Defendant. ) | Case No. 1:20-cv-731 (LMB/JFA) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on December 2, 2022 at 10:00 A.M., or as soon thereafter as counsel may be heard, Defendant will bring on for hearing his motion to dismiss the Amended Complaint in the above-captioned action.

Dated: October 7, 2022

JESSICA D. ABER
United States Attorney

_/s/_
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

CATHERINE M. YANG
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4336
Email: Catherine.M.Yang@usdoj.gov

*Counsel for Defendant*