IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>Defendant. | 1:20-cv-731 (LMB/JFA) |

## ORDER

For the reasons stated in open court, defendant's Motion to Dismiss [Dkt. No. 49] is GRANTED, and it is hereby

ORDERED that the Amended Complaint [Dkt. No. 47] be and is DISMISSED WITHOUT PREJUDICE. Plaintiff has leave to amend the complaint within forty-five (45) days of this Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of December, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge