AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| National Association of Immigration Judges | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00731 (LMB/JFA) |
| Jamess R. McHenry, III | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Immigration Judges                              .

Date: 02/10/2023

//s// Nickera S. Rodriguez
*Attorney's signature*

Nickera S. Rodriguez, VSB #95952
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314

*Address*

nsr@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*