# CIVIL MOTION MINUTES

Date:  03/10/23                        Judge: Brinkema
                                       Reporter:  S. Austin

Time:  11:14am- 11:28am


Civil Action Number:  1:20cv731

National Association of Immigration Judges, vs. David L. Neal

Appearances of Counsel for        (X) Pltf        (X) Deft

Motion to/for:
#68 Deft Motion to Dismiss 2nd Amended Complaint


Argued &
( ) Granted    ( ) Denied (    ) Granted in part/Denied in part
( ) Held in Abeyance ( X ) Taken Under Advisement   ( ) Continued to ( ) Overruled


(X) Memorandum Opinion to Follow

( ) Order to follow