IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review,<br><br>    Defendant. | 1:20-cv-731 (LMB/JFA) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant's Motion to Dismiss [Dkt. No. 68] is GRANTED, and it is hereby

ORDERED that judgment be and is entered in favor of defendant.

The Clerk is directed to enter judgment in defendant's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order and Memorandum Opinion to counsel of record, and close this civil action.

Entered this 21 day of September, 2023.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge