IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, ) ) ) | |
| Plaintiff, ) ) | 1:20-cv-731 (LMB/JFA) |
| v. ) ) | |
| DAVID L. NEAL ) ) | |
| Defendant. | |

## ORDER

On June 3, 2025, the U.S. Court of Appeals for the Fourth Circuit vacated the judgment of this Court and remanded the civil action for further proceedings consistent with its decision. See [Dkt. No. 84]. The mandate having returned from the Fourth Circuit, the parties should appear for a status conference to determine the appropriate path forward. Accordingly, it is hereby

ORDERED that, after meeting and conferring, the parties file a notice of hearing for an upcoming Friday at 10:00 a.m. so that the Court may hold a status conference.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30 day of June, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge