IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:20-cv-731 (LMB/JFA) ) ) |
| DAVID L. NEAL | ) ) ) |
| Defendant. | |

## ORDER

The parties have informed the Court that the deadline for filing a petition and/or en banc review of the Fourth Circuit's decision in this civil action has been extended until August 18, 2025, and that the mandate will not return from the Fourth Circuit until after that date. Accordingly, it is hereby

ORDERED that, once the mandate returns to this Court, the parties file a joint notice of hearing for a Friday at 10:00 a.m. so that a status conference may be held.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11th day of July, 2025.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge